THE STATE, EX REL. CINCINNATI ENQUIRER ET AL., APPELLEES, *v.*
COURT OF COMMON PLEAS OF CLERMONT COUNTY; RINGLAND, JUDGE,
APPELLANT.

[Cite as State, ex rel. Cincinnati Enquirer, *v.* Court of Common Pleas of
Clermont Cty. (1989), 42 Ohio St. 3d 82.]

(No. 88-1124—Submitted February 8, 1989—Decided April 26, 1989.)

*Wood & Lamping* and *William R. Ellis,* for appellee Cincinnati Post.

*George E. Pattison,* prosecuting attorney, and *Thomas L. Blust,* for appellant.

*Per Curiam.* Appellees have withdrawn their request for access to the transcript and identification of the witness. We cannot simply dismiss the appeal, however, for that would leave appellant bound by the judgment of the court of appeals, whether appellees desire that judgment's enforcement or not.

Accordingly, we remand this cause to the court of appeals for further proceedings.

*Cause remanded.*

*Keating, Muething & Klekamp* and *Richard L. Creighton, Jr.,* for appellee Cincinnati Enquirer.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.